IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WAYNE HANK** | |
| *Plaintiff,* | NO. 19-05087 |
| vs. | CIVIL ACTION |
| **ENERGY TRANSFER PARTNERS LLC,** et al. | |
| *Defendants.* | |

## JOINT STATUS REPORT OF ARBITRATION PROCEEDINGS

Pursuant to this Court's directive, seeking a status update on or before July 28, 2020 as to the status of the arbitration proceedings, the Parties jointly report as follows:

The Parties are still conducting written discovery under the Case Management Order, which discovery is set to conclude August 28, 2020. A Hearing is set for December 14, 15 and 16, 2020 (after the Parties submit any dispositive Motions and complete all required pre-hearing exchanges).

Respectfully submitted,

| | |
|---|---|
| /s/ Christine E. Burke | /s/ Daniel V. Johns |
| Christine E. Burke, Esq. | Daniel V. Johns, Esq. |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

Dated: July 28, 2020