IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE HANK *Plaintiff*, vs. ENERGY TRANSFER PARTNERS LLC, et al. *Defendants*. | NO. 19-05087 CIVIL ACTION |

### JOINT STATUS REPORT OF ARBITRATION PROCEEDINGS

Pursuant to this Court's directive, seeking a status update on or before January 28, 2021, as to the status of the arbitration proceedings, the Parties jointly report as follows:

The Parties have completed discovery under the Case Management Order (except for one deposition, which will be conducted pursuant to the Arbitrator's order prior to the Hearing in this matter). A Hearing is set for May 19, 20, and 21, 2021.

Respectfully submitted,

| | |
|---|---|
| /s/ Christine E. Burke | /s/ Daniel V. Johns |
| Christine E. Burke, Esquire | Daniel V. Johns, Esquire |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

Dated: January 21, 2021