# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE HANK | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 19-05087-JMY |
| ENERGY TRANSFER PARTNERS, LLC, ET AL. | : |
| | : |

## ORDER

**AND NOW**, this  15th  day of  June , 2021, it having been reported that the issues between the parties in the above action have been settled (*see* ECF No. 18), and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above-captioned action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                                          **BY THE COURT:**

                                                          /s/ John Milton Younge
                                                          **JUDGE JOHN MILTON YOUNGE**